UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**:** **GAYLE SINCLAIR**          CASE NO**:**  **04-06451-8-SWH**

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **GAYLE SINCLAIR**<br>**2478 ALAMAC RD**<br>**LUMBERTON, NC 28358-6267** | **$0.03** | **4/1/2010** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**September 27, 2010**            /s/ Trawick H. Stubbs, Jr.
                                  **TRAWICK H. STUBBS, JR.**
                                  **CHAPTER 13 TRUSTEE**
                                  **P. O. BOX 1618**
                                  **NEW BERN, NC  28563**
                                  **(252) 633-0074**